**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SPRINGSIDE CHESTNUT HILL ACADEMY,**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | CIVIL ACTION<br>No. 2:26-CV-08689<br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR REFUND OF EMPLOYMENT TAXES**

Plaintiff, Springside Chestnut Hill Academy ("SCH Academy"), by and through its undersigned counsel, brings this civil action against Defendant, the United States of America, for the refund of employment taxes, and for its Complaint avers as follows:

**INTRODUCTION**

1. Plaintiff SCH Academy brings this action to recover $1,792,002.11 in Employee Retention Credits ("ERC") for the tax period ending September 30, 2021 ("Q3 2021"), that the Internal Revenue Service ("IRS") has unlawfully refused to refund. Plaintiff also seeks interest on this refund and attorneys' fees.

2. Congress enacted the ERC as a central component of the federal economic response to the disruption caused by the COVID-19 pandemic. By providing a refundable credit against employment taxes, Congress sought to encourage employers facing substantial economic hardship to retain and continue paying their employees, thereby preserving jobs and fostering economic stability. The ERC was designed as a lifeline for employers, such as SCH Academy, that satisfied the statutory criteria demonstrating significant pandemic impact.

3. SCH Academy timely filed an administrative claim for refund of its Q3 2021 ERC. On December 3, 2024, the IRS issued a Notice of Claim Disallowance (Letter 105C) denying the claim in full, on the stated grounds that the IRS's records did not reflect that SCH Academy was an eligible employer. In fact, SCH Academy was an eligible employer that sustained a significant decline in gross receipts within the meaning of the governing statute, and it is entitled to the refund it seeks.

## PARTIES

4. Plaintiff SCH Academy is a Pennsylvania nonprofit corporation that operates an independent school, and is an organization described in section 501(c)(3) of the Internal Revenue Code (the "Code") and exempt from federal income taxation under section 501(a). SCH Academy maintains its principal place of business at 500 West Willow Grove Avenue, Philadelphia, Pennsylvania 19118, situated in Philadelphia County within the Eastern District of Pennsylvania.

5. Defendant is the United States of America.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1346(a)(1), which confers on the district courts original jurisdiction over civil actions against the United States for the recovery of any internal-revenue tax alleged to have been erroneously or illegally assessed or collected, and of any sum alleged to have been excessive or in any manner wrongfully collected under the internal-revenue laws.

7. Venue is proper in this District under 28 U.S.C. § 1402(a)(2), because SCH Academy's principal place of business is located within the Eastern District of Pennsylvania.

## STATEMENT OF FACTS

### The Employee Retention Credit for the Third Quarter of 2021

8. The ERC is a refundable credit against employment taxes enacted to encourage employers to retain and pay their employees during the COVID-19 pandemic. For the third quarter of 2021, the ERC is governed by section 3134 of the Internal Revenue Code, enacted as part of the American Rescue Plan Act of 2021, Pub. L. No. 117-2, § 9651.

9. Under section 3134, an "eligible employer" means, in relevant part, an employer carrying on a trade or business during the calendar quarter for which the credit is determined that experienced a significant decline in gross receipts.

10. An employer experiences a significant decline in gross receipts for a 2021 calendar quarter when its gross receipts for that quarter are less than 80 percent of its gross receipts for the same calendar quarter in calendar year 2019. 26 U.S.C. § 3134(c)(2)(A)(ii)(II). For an organization described in section 501(c) of the Code, "gross receipts" means gross receipts within the meaning of section 6033 of the Code.

11. An eligible employer may elect to determine whether it experienced a significant decline in gross receipts for a calendar quarter by reference to its gross receipts for the immediately preceding calendar quarter, compared to the corresponding calendar quarter in 2019.

12. Whether an employer is a "large" or "small" employer determines the scope of wages that qualify for the ERC. For 2021, an employer is a small employer if the average number of its full-time employees during 2019 (within the meaning of 26 U.S.C. § 4980H) was not greater than 500. For a small employer, qualified wages generally include all wages paid to employees during an eligible quarter, subject to a cap of $10,000 per employee per quarter, whether or not the employee was providing services.

13. Section 3134 applies to qualified wages paid after June 30, 2021, and before October 1, 2021. The credit is equal to 70 percent of qualified wages. 26 U.S.C. § 3134(a). To the

extent the credit exceeds the employer's applicable employment taxes for the quarter, the excess should be treated as an overpayment that shall be refunded.

**SCH Academy's Eligibility for the Q3 2021 ERC**

14. SCH Academy operated a trade or business, *i.e.*, an independent school, throughout each of the calendar quarters of 2020 and 2021.

15. During 2019, SCH Academy employed an average of approximately 275 full-time employees. SCH Academy was therefore a small employer for purposes of the 2021 ERC, and all wages it paid to its employees during Q3 2021 (subject to the $10,000-per-employee-per-quarter cap) constitute qualified wages.

16. SCH Academy's gross receipts for the second quarter of 2021 were approximately $6,275,643, as compared to gross receipts of approximately $9,080,136 for the second quarter of 2019, which constitutes a decline of approximately 31 percent.

17. SCH Academy's second-quarter 2021 gross receipts were thus less than 80 percent of its gross receipts for the corresponding calendar quarter in 2019.

18. SCH Academy elected to determine its eligibility for Q3 2021 by reference to the immediately preceding calendar quarter (the second quarter of 2021). SCH Academy made that election in the manner prescribed by the Secretary, by computing and claiming the credit on its Form 941-X on the basis of its second-quarter 2021 gross receipts.

19. SCH Academy paid qualified wages of $2,560,003.02 during Q3 2021. Applying the 70 percent credit rate, SCH Academy was entitled to an ERC credit of $1,792,002.11 for Q3 2021.

**SCH Academy's Refund Claim and the IRS's Disallowance**

20. SCH Academy did not claim the ERC on its originally filed Form 941 for Q3 2021, and it fully paid all federal employment taxes reported as due on that return.

21. On or about February 3, 2023, SCH Academy filed with the IRS an administrative claim for refund of its Q3 2021 ERC on IRS Form 941-X (Adjusted Employer's Quarterly Federal Tax Return or Claim for Refund), claiming a refund of $1,792,002.11. The IRS received the claim on or about February 3, 2023. A copy of the Form 941-X is attached as Exhibit A.

22. By Notice of Claim Disallowance (Letter 105C) dated December 3, 2024, and sent by certified mail, the IRS disallowed SCH Academy's Q3 2021 refund claim in full. The stated basis for the disallowance was that, "[b]ased on a review of IRS records," the IRS had "determined [SCH Academy was] not an Eligible Employer for purposes of the Employee Retention Credit" and stated that "[o]nly employers that experienced a full or partial suspension of operations due to a government order related to COVID-19 or who experienced the required decline in gross receipts are Eligible Employers." A copy of the Letter 105C is attached as Exhibit B. The IRS thus considered, and rejected, SCH Academy's eligibility on both statutory grounds, including the gross-receipts ground.

23. The disallowance was erroneous because SCH Academy was an eligible employer that experienced a significant decline in gross receipts for Q3 2021 as determined by election under 26 U.S.C. § 3134(c)(2)(B).

**Exhaustion of Administrative Remedies**

24. The Letter 105C was issued without any examination of SCH Academy's books and records or request for information, without any proposed disallowance, and without written notification that an Appeals office conference was available; its only instruction to a disagreeing

taxpayer was to "find tax forms or publications." SCH Academy's failure to receive such notification was not due to any act or omission of SCH Academy.

25. On January 22, 2025, SCH Academy responded in writing, disputing the disallowance, identifying the alternative-quarter gross-receipts basis for its eligibility, enclosing its gross-receipts schedule and Form 941-X, and requesting confirmation of receipt.

26. The IRS has not responded. SCH Academy has therefore exhausted its administrative remedies.

27. As an organization described in section 501(c)(3) of the Code that employed fewer than 500 employees as of the filing of this action, SCH Academy is eligible to recover reasonable litigation costs.

**COUNT I**

**Action for Recovery of Internal-Revenue Taxes Erroneously Collected**

(26 U.S.C. § 7422 and 28 U.S.C. § 1346(a)(1))

28. SCH Academy incorporates by reference the allegations contained in ¶¶ 8-27 as if fully set forth herein.

29. SCH Academy fully paid all federal employment taxes reported as due on its originally filed Form 941 for the third quarter of 2021.

30. By timely filing its Form 941-X on or about February 3, 2023, SCH Academy filed a duly executed administrative claim for refund in the amount of $1,792,002.11, thereby satisfying the prerequisites of 26 U.S.C. § 7422(a).

31. More than six months elapsed after SCH Academy filed its refund claim, and this action is commenced within two years after the date on which the IRS mailed its Notice of Claim Disallowance on December 3, 2024.

32. SCH Academy was an eligible employer entitled to an ERC of $1,792,002.11 for the third quarter of 2021. SCH Academy has accordingly overpaid its federal employment tax liability for that quarter by $1,792,002.11, and the failure to refund that overpayment contravenes the plain language and purpose of the ERC legislation.

33. Defendant, acting through the IRS, has erroneously, illegally, and wrongfully withheld the refund of this overpayment from SCH Academy.

34. SCH Academy is entitled to recover $1,792,002.11 from Defendant, together with statutory interest as provided by law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff SCH Academy respectfully requests that this Honorable Court enter judgment in its favor and against Defendant United States of America as follows:

A. awarding SCH Academy a refund of federal employment taxes erroneously collected for the third calendar quarter of 2021 in the amount of $1,792,002.11;

B. awarding SCH Academy statutory interest on said refund amount as provided by 26 U.S.C. § 6611 and 28 U.S.C. § 2411, calculated from the date(s) of overpayment;

C. awarding SCH Academy the costs and attorneys' fees incurred in prosecuting this action pursuant to 26 U.S.C. § 7430; and

D. granting such other and further relief as this Honorable Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38(b) and 28 U.S.C. § 2402.

Dated: November 12, 2026

Respectfully submitted,

/s/ Jed Silversmith

Jed M. Silversmith, Esq. (PA Bar No. 83964)
Law Offices of Jed Silversmith LLC
101 Greenwood Avenue, Suite 380
Jenkintown, PA 19046
Tel: (215) 253-8511
Email: jed.silversmith@silversmithlaw.com
*Counsel for Plaintiff Springside Chestnut Hill Academy*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SPRINGSIDE CHESTNUT HILL ACADEMY,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | CIVIL ACTION<br><br>No. ______________________<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR REFUND OF EMPLOYMENT TAXES**

**Exhibit 1**

**(IRS Form 941X, Claim for Refund)**

Form **941-X:** (Rev. April 2022)

# Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund

Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**Employer identification number** (EIN): 2 3 – 1 3 5 2 6 8 1

**Name** *(not your trade name)*: SPRINGSIDE CHESTNUT HILL ACADEMY

**Trade name** *(if any)*:

**Address**: 500 W WILLOW GROVE AVE
Number Street Suite or room number

PHILADELPHIA | PA | 19118
City State ZIP code

Foreign country name | Foreign province/county | Foreign postal code

**Return You're Correcting...**

Check the type of return you're correcting.

- [x] 941
- [ ] 941-SS

Check the ONE quarter you're correcting.

- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [x] 3: July, August, September
- [ ] 4: October, November, December

Enter the calendar year of the quarter you're correcting.

2021 (YYYY)

**Enter the date you discovered errors.**

10 / 24 / 2022
(MM / DD / YYYY)

Read the separate instructions before completing this form. Use this form to correct errors you made on Form 941 or 941-SS. Use a separate Form 941-X for each quarter that needs correction. Type or print within the boxes. You MUST complete all five pages. Don't attach this form to Form 941 or 941-SS unless you're reclassifying workers; see the instructions for line 42.

## Part 1: Select ONLY one process. See page 6 for additional guidance, including information on how to treat employment tax credits and social security tax deferrals.

- [ ] 1. **Adjusted employment tax return.** Check this box if you underreported tax amounts. Also check this box if you overreported tax amounts and you would like to use the adjustment process to correct the errors. You must check this box if you're correcting both underreported and overreported tax amounts on this form. The amount shown on line 27, if less than zero, may only be applied as a credit to your Form 941, Form 941-SS, or Form 944 for the tax period in which you're filing this form.
- [x] 2. **Claim.** Check this box if you overreported tax amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 27. Don't check this box if you're correcting ANY underreported tax amounts on this form.

## Part 2: Complete the certifications.

- [x] 3. **I certify that I've filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.**

**Note:** If you're correcting underreported tax amounts only, go to Part 3 on page 2 and skip lines 4 and 5. If you're correcting overreported tax amounts, for purposes of the certifications on lines 4 and 5, Medicare tax doesn't include Additional Medicare Tax. Form 941-X can't be used to correct overreported amounts of Additional Medicare Tax unless the amounts weren't withheld from employee wages or an adjustment is being made for the current year.

4. **If you checked line 1 because you're adjusting overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply.** You must check at least one box.
I certify that:
   - [ ] a. I repaid or reimbursed each affected employee for the overcollected federal income tax or Additional Medicare Tax for the current year and the overcollected social security tax and Medicare tax for current and prior years. For adjustments of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
   - [ ] b. The adjustments of social security tax and Medicare tax are for the employer's share only. I couldn't find the affected employees or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
   - [ ] c. The adjustment is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

5. **If you checked line 2 because you're claiming a refund or abatement of overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply.** You must check at least one box.
I certify that:
   - [ ] a. I repaid or reimbursed each affected employee for the overcollected social security tax and Medicare tax. For claims of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
   - [ ] b. I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security tax and Medicare tax. For refunds of employee social security tax and Medicare tax overcollected in prior years, I also have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
   - [ ] c. The claim for social security tax and Medicare tax is for the employer's share only. I couldn't find the affected employees, or each affected employee didn't give me a written consent to file a claim for the employee's share of social security tax and Medicare tax, or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
   - [x] d. The claim is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

| Name (*not your trade name*) | Employer identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) |
|---|---|---|
| SPRINGSIDE CHESTNUT HILL ACADEMY | 23 – 1352681 | Correcting calendar year (YYYY) 2021 |

**Part 3: Enter the corrections for this quarter. If any line doesn't apply, leave it blank.**

| | | *Column 1* | | *Column 2* | | *Column 3* | | *Column 4* |
|---|---|---|---|---|---|---|---|---|
| | | ***Total corrected amount (for ALL employees)*** | – | ***Amount originally reported or as previously corrected (for ALL employees)*** | = | ***Difference (If this amount is a negative number, use a minus sign.)*** | | ***Tax correction*** |
| 6. | **Wages, tips, and other compensation** (Form 941, line 2) | . | – | . | = | . | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| 7. | **Federal income tax withheld from wages, tips, and other compensation** (Form 941, line 3) | . | – | . | = | . | Copy Column 3 here . . | . |
| 8. | **Taxable social security wages** (Form 941 or 941-SS, line 5a, Column 1) | . | – | . | = | . | × 0.124* = | . |
| | * If you're correcting your employer share only, use 0.062. See instructions. | | | | | | | |
| 9. | **Qualified sick leave wages*** (Form 941 or 941-SS, line 5a(i), Column 1) | . | – | . | = | . | × 0.062 = | . |
| | * Use line 9 only for qualified sick leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | | | | | |
| 10. | **Qualified family leave wages*** (Form 941 or 941-SS, line 5a(ii), Column 1) | . | – | . | = | . | × 0.062 = | . |
| | * Use line 10 only for qualified family leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | | | | | |
| 11. | **Taxable social security tips** (Form 941 or 941-SS, line 5b, Column 1) | . | – | . | = | . | × 0.124* = | . |
| | * If you're correcting your employer share only, use 0.062. See instructions. | | | | | | | |
| 12. | **Taxable Medicare wages & tips** (Form 941 or 941-SS, line 5c, Column 1) | . | – | . | = | . | × 0.029* = | . |
| | * If you're correcting your employer share only, use 0.0145. See instructions. | | | | | | | |
| 13. | **Taxable wages & tips subject to Additional Medicare Tax withholding** (Form 941 or 941-SS, line 5d) | . | – | . | = | . | × 0.009* = | . |
| | * Certain wages and tips reported in Column 3 shouldn't be multiplied by 0.009. See instructions. | | | | | | | |
| 14. | **Section 3121(q) Notice and Demand—Tax due on unreported tips** (Form 941 or 941-SS, line 5f) | . | – | . | = | . | Copy Column 3 here . . | . |
| 15. | **Tax adjustments** (Form 941 or 941-SS, lines 7 through 9) | . | – | . | = | . | Copy Column 3 here . . | . |
| 16. | **Qualified small business payroll tax credit for increasing research activities** (Form 941 or 941-SS, line 11a; you must attach Form 8974) | . | – | . | = | . | See instructions | . |
| 17. | **Nonrefundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021** (Form 941 or 941-SS, line 11b) | . | – | . | = | . | See instructions | . |
| 18a. | **Nonrefundable portion of employee retention credit*** (Form 941 or 941-SS, line 11c) | 245073 . 52 | – | 0 . 00 | = | -245073 . 52 | See instructions | -245073 . 52 |
| | * Use line 18a only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022. | | | | | | | |
| 18b. | **Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941-SS, line 11d) | . | – | . | = | . | See instructions | . |
| 18c. | **Nonrefundable portion of COBRA premium assistance credit** (Form 941 or 941-SS, line 11e) | . | – | . | = | . | See instructions | . |
| 18d. | **Number of individuals provided COBRA premium assistance** (Form 941 or 941-SS, line 11f) | | – | | = | | | |
| 19. | **Special addition to wages for federal income tax** | . | – | . | = | . | See instructions | . |
| 20. | **Special addition to wages for social security taxes** | . | – | . | = | . | See instructions | . |
| 21. | **Special addition to wages for Medicare taxes** | . | – | . | = | . | See instructions | . |

| Name (not your trade name) | Employer identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) / Correcting calendar year (YYYY) |
|---|---|---|
| SPRINGSIDE CHESTNUT HILL ACADEMY | 23 – 1352681 | 2021 |

**Part 3: Enter the corrections for this quarter. If any line doesn't apply, leave it blank.** *(continued)*

| | Column 1 *Total corrected amount (for ALL employees)* | – | Column 2 *Amount originally reported or as previously corrected (for ALL employees)* | = | Column 3 *Difference (If this amount is a negative number, use a minus sign.)* | | Column 4 *Tax correction* |
|---|---|---|---|---|---|---|---|
| 22. **Special addition to wages for Additional Medicare Tax** | . | – | . | = | . | See instructions | . |
| 23. Combine the amounts on lines 7 through 22 of Column 4 | | | | | | | -245073 . 52 |
| 24. **Deferred amount of social security tax*** (Form 941 or 941-SS, line 13b) | . | – | . | = | . | See instructions | . |

* Use this line to correct the employer deferral for the second quarter of 2020 and the employer and employee deferral for the third and fourth quarters of 2020.

| | Column 1 | – | Column 2 | = | Column 3 | | Column 4 |
|---|---|---|---|---|---|---|---|
| 25. **Refundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021** (Form 941 or 941-SS, line 13c) | . | – | . | = | . | See instructions | . |
| 26a. **Refundable portion of employee retention credit*** (Form 941 or 941-SS, line 13d) | 1546928 . 59 | – | 0 . 00 | = | -1546928 . 59 | See instructions | -1546928 . 59 |

* Use line 26a only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022.

| | Column 1 | – | Column 2 | = | Column 3 | | Column 4 |
|---|---|---|---|---|---|---|---|
| 26b. **Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941-SS, line 13e) | . | – | . | = | . | See instructions | . |
| 26c. **Refundable portion of COBRA premium assistance credit** (Form 941 or 941-SS, line 13f) | . | – | . | = | . | See instructions | . |
| 27. **Total.** Combine the amounts on lines 23 through 26c of Column 4 | | | | | | | -1792002 . 11 |

**If line 27 is less than zero:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or 941-SS for the tax period in which you're filing this form. (If you're currently filing a Form 944, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 27 is more than zero, this is the amount you owe.** Pay this amount by the time you file this return. For information on how to pay, see *Amount you owe* in the instructions.

| | Column 1 | – | Column 2 | = | Column 3 |
|---|---|---|---|---|---|
| 28. **Qualified health plan expenses allocable to qualified sick leave wages for leave taken before April 1, 2021** (Form 941 or 941-SS, line 19) | . | – | . | = | . |
| 29. **Qualified health plan expenses allocable to qualified family leave wages for leave taken before April 1, 2021** (Form 941 or 941-SS, line 20) | . | – | . | = | . |
| 30. **Qualified wages for the employee retention credit*** (Form 941 or 941-SS, line 21) | 2560003 . 02 | – | 0 . 00 | = | 2560003 . 02 |

* Use line 30 only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022.

| | Column 1 | – | Column 2 | = | Column 3 |
|---|---|---|---|---|---|
| 31a. Qualified health plan expenses for the employee retention credit* (Form 941 or 941-SS, line 22) | . | – | . | = | . |

* Use line 31a only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022.

31b. **Check here if you're eligible for the employee retention credit in the third or fourth quarter of 2021 solely because your business is a recovery startup business** . . . . . . . . . . . . ☐

| | Column 1 | – | Column 2 | = | Column 3 |
|---|---|---|---|---|---|
| 32. **Credit from Form 5884-C, line 11, for this quarter*** (Form 941 or 941-SS, line 23) | . | – | . | = | . |

* Use line 32 only for corrections to quarters beginning after March 31, 2020, and before April 1, 2021.

| Name (not your trade name) | Employer identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) / Correcting calendar year (YYYY) |
|---|---|---|
| SPRINGSIDE CHESTNUT HILL ACADEMY | 23 – 1352681 | 2021 |

**Part 3: Enter the corrections for this quarter. If any line doesn't apply, leave it blank.** *(continued)*

| | Column 1 | | Column 2 | | Column 3 |
|---|---|---|---|---|---|
| | *Total corrected amount (for ALL employees)* | – | *Amount originally reported or as previously corrected (for ALL employees)* | = | *Difference (If this amount is a negative number, use a minus sign.)* |
| 33a. **Qualified wages paid March 13 through March 31, 2020, for the employee retention credit*** (Form 941 or 941-SS, line 24) | . | – | . | = | . |
| 33b. **Deferred amount of the employee share of social security tax included on Form 941 or 941-SS, line 13b*** (Form 941 or 941-SS, line 24) | . | – | . | = | . |
| 34. **Qualified health plan expenses allocable to wages reported on Form 941 or 941-SS, line 24*** (Form 941 or 941-SS, line 25) | . | – | . | = | . |

* Use line 33a only for corrections to the second quarter of 2020.

* Use line 33b only for corrections to the third and fourth quarters of 2020.

* Use line 34 only for corrections to the second quarter of 2020.

**Caution:** Lines 35–40 apply only to quarters beginning after March 31, 2021.

| | Column 1 | | Column 2 | | Column 3 |
|---|---|---|---|---|---|
| 35. **Qualified sick leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941-SS, line 23) | . | – | . | = | . |
| 36. **Qualified health plan expenses allocable to qualified sick leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941-SS, line 24) | . | – | . | = | . |
| 37. **Amounts under certain collectively bargained agreements allocable to qualified sick leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941-SS, line 25) | . | – | . | = | . |
| 38. **Qualified family leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941- SS, line 26) | . | – | . | = | . |
| 39. **Qualified health plan expenses allocable to qualified family leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941-SS, line 27) | . | – | . | = | . |
| 40. **Amounts under certain collectively bargained agreements allocable to qualified family leave wages for leave taken after March 31, 2021, and before October 1, 2021** (Form 941 or 941- SS, line 28) | . | – | . | = | . |

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) / Correcting calendar year (YYYY) |
|---|---|---|
| SPRINGSIDE CHESTNUT HILL ACADEMY | 23 – 1352681 | 2021 |

**Part 4:** **Explain your corrections for this quarter.**

☐ 41. **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 43.

☐ 42. **Check here if any corrections involve reclassified workers.** Explain on line 43.

43. **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

The Employee Retention Credit was not claimed on the original Q3 2021 Form 941. Retroactively claiming the credit for Q3 2021.

**Part 5:** **Sign here. You must complete all five pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign your name here** [signature]

Print your name here: Frank V Aloise Jr

Print your title here: CFO

Date: 2/3/2023

Best daytime phone: 215-247-7203

**Paid Preparer Use Only**

Check if you're self-employed . . . ☐

| | | | |
|---|---|---|---|
| Preparer's name | Tasha Clark | PTIN | P02362077 |
| Preparer's signature | | Date | / / |
| Firm's name (or yours if self-employed) | Armanino LLP | EIN | 94-6214841 |
| Address | 950 W Bannock St. Ste 350 | Phone | 208-417-2121 |
| City | Boise State ID | ZIP code | 83702 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SPRINGSIDE CHESTNUT HILL ACADEMY,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | CIVIL ACTION<br><br>No. ______________________<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR REFUND OF EMPLOYMENT TAXES**

**Exhibit 2**

**(IRS Denial Letter, dated December 3, 2024)**

Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0038

93071107566011222229310

In reply refer to: 0232105947
Dec. 03, 2024 LTR 105C 0
23-1352681 202109 01
Input Op: 0232105947 00007568
BODC: TE

SPRINGSIDE CHESTNUT HILL ACADEMY
500 W WILLOW GROVE AVE
PHILADELPHIA PA 19118

000364

CERTIFIED MAIL

Taxpayer identification number: 23-1352681
Kind of tax: 941X
Amount of claim : $1,792,002.11

Date of claims received: Feb. 03, 2023
Tax period : Sep. 30, 2021

Dear Taxpayer:

WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at the top of this letter.

WHY WE CAN'T ALLOW YOUR CLAIM

We can't allow your claim for Employee Retention Credit

Based on a review of IRS records, we have determined you are not an Eligible Employer for purposes of the Employee Retention Credit (ERC)during the period(s) shown above. Only employers that experienced a full or partial suspension of operations due to a government order related to COVID-19 or who experienced the required decline in gross receipts are Eligible Employers.

WHAT TO DO IF YOU DISAGREE

Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).

HOW TO CONTACT US

If you have questions, you can call 800-829-0115.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your

0232105947
Dec. 03, 2024 LTR 105C 0
23-1352681 202109 01
Input Op: 0232105947 00007569

SPRINGSIDE CHESTNUT HILL ACADEMY
500 W WILLOW GROVE AVE
PHILADELPHIA PA 19118

telephone number and the hours we can reach you in the spaces below.

Telephone number ( )________________________ Hours ____________________

Keep a copy of this letter for your records.

Thank you for your cooperation.

Sincerely yours,

Ms Hanks

Ms. Hanks, Field Director
Accounts Management-Cincinnati

Enclosures:
Publication 1